1012

[No. 6186–44717–1.   Division One.   October 30, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. GEORGE OHYE, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 7712, Daniel T. Kershner, J., entered January 7, 1977. *Affirmed* by unpublished opinion per Reed, J., concurred in by Callow and Dore, JJ.

[No. 5072–1.   Division One.   October 31, 1978.]

BELLINGHAM REALTY, INC., *Appellant,* v. STUART JOHNSON, *Respondent.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 50887, Jack S. Kurtz, J., entered October 1, 1976. *Reversed* by unpublished per curiam opinion.

[No. 2621–3.   Division Three.   November 2, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. RICARDO F. ADAMY, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 4234, Fred Van Sickle, J., entered October 7, 1977. *Affirmed* by unpublished opinion per Green, J., concurred in by Munson, C.J., and McInturff, J.

[No. 5382–1.   Division One.   November 6, 1978.]

MICHAEL WASILCHEN, *Appellant,* v. JACK MALSTROM, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 801856, James A. Noe, J., entered January 11, 1977. *Affirmed* by unpublished opinion per Williams, J., concurred in by Andersen, A.C.J., and Dore, J.